**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| HERMAN SANCHEZ, | No. 12-16962 |
| Petitioner - Appellant, | D.C. No. 2:10-cv-02134-KJM-CKD |
| v. | |
| GREG LEWIS, Warden, | MEMORANDUM* |
| Respondent - Appellee. | |

Appeal from the United States District Court
for the Eastern District of California
Kimberly J. Mueller, District Judge, Presiding

Argued and Submitted September 12, 2014
San Francisco, California

Before: SCHROEDER and W. FLETCHER, Circuit Judges, and CURIEL, District
Judge.**

Petitioner Herman Sanchez appeals from the district court's denial of his 28

U.S.C. § 2254 Petition for Writ of Habeas Corpus. Petitioner challenges the

---

\* This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36-3.

\*\* The Honorable Gonzalo P. Curiel, United States District Judge for the Southern District of California, sitting by designation.

California Superior Court's denial of his motion for discovery of a correctional officer's personnel file for evidence of untruthfulness ("*Pitchess* motion") without first conducting an *in camera* review. This court does not directly review questions of state evidence law, *Jammal v. Van de Kamp*, 926 F.2d 918, 919 (9th Cir. 1991), and Petitioner has failed to demonstrate that the state court's adjudication of his claim was "contrary to, or involved an unreasonable application of, clearly established Federal law." 28 U.S.C. § 2254(d).

**AFFIRMED**.